

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-20-00355-CV

Forrest M. **MIMS**, Minnie Mims, Ray Reininger, Deborah Reininger, Glenn Thompson, Annette Thompson, Blake C. Brock, and Annette Dannelly-Silva,
Appellants

v.

**CITY OF SEGUIN**, Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1304-CV-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Irene Rios, Justice
     Liza A. Rodriguez, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court